# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

```
SHANE D. HARPER,                )   No. CV 12-4259-CW
                                )
           Plaintiff,           )   JUDGMENT
                                )
      v.                        )
                                )
CAROLYN W. COLVIN, Acting       )
Commissioner, Social Security   )
Adminstration,                  )
                                )
           Defendant.           )
_____)
```

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the stipulation to remand.

DATED: March 14, 2013

_____
CARLA M. WOEHRLE
United States Magistrate Judge