ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134
    Email: cynthia.denardi@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SHANE D. HARPER,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,[1]<br><br>    Defendant. | No. 2:12-CV-04259-CW<br><br>**~~PROPOSED~~ ORDER FOR THE AWARD OF EQUAL ACCESS TO JUSTICE FEES AND COSTS** |

Based upon the parties' Stipulation for the Award of Equal Access to Justice Fees and Costs ("Stipulation"), IT IS ORDERED that Plaintiff shall be awarded attorney fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  §§ 1920 and 2412(d), in the amount of THREE THOUSAND, SEVEN-
2  HUNDRED AND FIVE DOLLARS AND SEVENTY-NINE CENTS ($3,705.79)
3  in attorney's fees and THREE-HUNDRED AND FIFTY DOLLARS ($350.00) in
4  costs, subject to the terms of the Stipulation.  Under the terms of the Stipulation,
5  payment may be delivered to Plaintiff's counsel.
6
7
8
9  Dated:   April 22, 2013
10                                    HON. CARLA WOEHRLE
                                      UNITED STATES MAGISTRATE JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28